UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Irvin Morales

    v.                                    Case No. 17-cv-234-SM

NH Attorney General, et al.

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 25, 2018, for the reasons set forth therein. Plaintiff's Motion for Preliminary Injunction (document no. 4) is hereby denied.

_____
Steven J. McAuliffe
United States District Judge

Date: March 6, 2018

Cc: Irvin Morales, pro se