UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Irvin Morales

     v.

Case No. 17-cv-234-SM

NH Attorney General, et al


ORDER


    After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 3, 2019.


Steven J. McAuliffe
United States District Judge

Date: February 1, 2019