UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Irvin Morales

    v.                                    Case No. 17-cv-234-SM

NH Attorney General, et al

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 17, 2019, for the reasons set forth therein.  Claims 2(a), 2(b), 3, and 4 of plaintiff's Third Amended Complaint are dismissed and all defendants, other than CO John Doe 2, Maj. Jon Fouts, Capt. Roderick Greenwood, and Sgt. Keith Forcier are dropped from this case. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                      _____
                                      Steven J. McAuliffe
                                      United States District Judge

Date: July 10, 2019

cc:   Irvin Morales, pro se
       Lawrence Edelman, Esq.