UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Irvin Morales</u>

   v.         Case No. 17-cv-234-SM

<u>Jon Fouts, et al</u>

<u>ORDER</u>

No objection having been filed, I herewith approve the
Supplemental Report and Recommendation of Magistrate Judge
Andrea K. Johnstone dated May 18, 2021, for the reasons stated
therein.  "'[O]nly those issues fairly raised by the objections
to the magistrate's report are subject to review in the district
court and those not preserved by such objection are precluded on
appeal.'"  <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617
F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of
Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see
also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir.
1986) (after proper notice, failure to file a specific objection
to magistrate's report will waive the right to appeal).

   **So Ordered.**

          _____
          Steven J. McAuliffe
          United States District Judge

Date: September 2, 2021

cc:  Irvin Morales, pro se
  Counsel of Record